Rory J. Linerud, OSB # 970061
rorylinerud@hotmail.com
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971) 218-6954
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

| | | |
|---|---|---|
| JAMIE RALSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL No. 2:24-CV-01354-CL |
| | ) | |
| COMMISSIONER, SOCIAL | ) | ORDER AWARDING FEES |
| SECURITY ADMINISTRATION, | ) | PURSUANT TO 42 U.S.C. § 406(b) |
| | ) | |
| Defendant. | ) | |

Attorney fees in the amount of $20,355.75 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). This fee must be offset by an EAJA fee that was awarded in the amount of $7,900.00. After offset, the net amount of the attorney fee payable is $12,455.75. The Court finds this is a reasonable fee. IT IS SO ORDERED. The additional fee of $12,455.75 shall be made payable and sent to Plaintiff attorney, Rory Linerud.

IT IS SO ORDERED.

DATED this ___15___ day of __June__, 2026.

_____
HONORABLE MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE

ORDER – 406(b) FEES                    1

Presented by:

/s/ Rory J. Linerud
RORY J. LINERUD
Oregon State Bar #970061
Attorney for Plaintiff
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971)218-6954
Email: rorylinerud@hotmail.com
Fax: (503)877-6691